UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02236-TLN-KJN
No. 2:23-cv-02237-TLN-KJN
No. 2:23-cv-02238-TLN-KJN
No. 2:23-cv-02244-TLN-KJN
No. 2:23-cv-02246-TLN-KJN
No. 2:23-cv-02247-TLN-KJN
No. 2:23-cv-02248-TLN-KJN
No. 2:23-cv-02249-TLN-KJN
No. 2:23-cv-02250-TLN-KJN
No. 2:23-cv-02259-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to Magistrate Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02236, 2:23-cv-02237, 2:23-cv-02238, 2:23-cv-02244, 2:23-cv-02246, 2:23-cv-02247, 2:23-cv-02248, 2:23-cv-02249, 2:23-cv-02250 and 2:23-cv-02259 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

DATED: November 16, 2023

_____
Troy L. Nunley
United States District Judge

---

[1] The captions of the complaints/petitions filed in Case Nos. 2:23-cv-2237 and 2:23-cv-2238 erroneously identify the Tehama County Superior Court. The claims in these cases are related to Plaintiff's Alameda County criminal conviction. Accordingly, to the extent Plaintiff intended to raise the claims in these cases in this Court, these complaints/petitions are dismissed pursuant to the Court's amended vexatious litigant Order.

2